# MEMO ENDORSED

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: RUA M. KELLY
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2471



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :

        Plaintiff,            :

    - v -                           :

$6,271 IN UNITED STATES              :
CURRENCY,
                                 :
        Defendant-in-rem.
------------------------------------x

DEFAULT JUDGMENT
07 Civ. 7674 (DC)

    WHEREAS, on or about August 28, 2007, the United States commenced a civil action for the forfeiture of the above-referenced defendant-in-rem, $6,271 IN UNITED STATES CURRENCY (the "subject property") by the filing of a verified complaint;

    WHEREAS, on August 30, 2007, notice of the verified complaint was sent by certified mail, return receipt requested, to: Joseph Hardy, ███████████████, Middletown, NY 10941 and Ikiesha Al-Shabazz, Law Offices of Ikiesha Alshabazz, 521 5th Avenue, Suite 1805, New York, NY 10175; notifying them that they may have an interest in this action, and of their right to file a claim and answer and contest the forfeiture;

    WHEREAS, the foregoing are the only persons known by the Government to have a potential interest in the subject

property;

WHEREAS, notice of the verified complaint and in rem warrant against the subject property was published in the New York Law Journal on October 11, 2007, and proof of such publication was filed with the Clerk of this Court on December 10, 2007;

WHEREAS, no other claims or answers were filed or made in this action, and no other parties have appeared to contest the action to date, and requisite time periods have expired;

NOW THEREFORE, on the motion of Michael J. Garcia, United States Attorney for the Southern District of New York, attorney for the plaintiff United States of America, Rua M. Kelly of counsel;

IT IS HEREBY ORDERED that:

1. Plaintiff United States of America shall have judgment by default against the subject property.

2. The subject property shall be, and the same hereby is, forfeited to the plaintiff United States of America.

3. The United States Marshals Service shall dispose of the subject property, according to law.

Dated:  New York, New York
        December 17, 2007

SO ORDERED:

_____
HONORABLE JUDGE DENNY CHIN
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON __12/17/07__